# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Plaintiff(s),** | ) |
| v. | ) |
| _____ | )   **Civil Action No. _____** |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Defendant(s)/** | ) |
| **Third-Party Plaintiff(s),** | ) |
| v. | ) |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Third-Party Defendant(s).** | ) |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
(type of party)
who is _____, makes the following disclosure:
(name of party)

☐ YES  ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

_____
_____
_____
_____

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: _____

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**REDSTONE INTERNATIONAL, INC.,**

    **Plaintiff,**

**v.**                                                   **Case No. 5:18-cv-175**
                                                           **Judge Bailey**

**LIBERTY MUTUAL FIRE INSURANCE
COMPANY; and THE INSURANCE
MARKET, INC.,**

    **Defendants.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing "Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (Civil Action)," has been served upon the counsel of record in the above-captioned matter via the CM/ECF electronic filing system this 2nd day of May, 2019.

Robert L. Massie
Nelson Mullins Riley & Scarborough LLP
949 Third Ave., Suite 200
P.O. Box 1856
Huntington, WV  25719-1856
*Counsel for Defendant, Liberty Mutual Fire Insurance Company*

Anthony C. Sunseri, Esq.
BURNS WHITE LLC
The Maxwell Centre3
2-20th Street, Suite 200
Wheeling, WV  26003
*Counsel for Defendant, The Insurance Market, Inc.*

Plaintiff, By counsel,

    **s**/*Michael Jacks*/
Michael A. Jacks, Esq. (WV Bar #11044)
mike@jackslegal.com
Jacks Legal Group, P.L.L.C.
United Federal Credit Union Building
3467 University Ave, Suite 200
Morgantown, WV 26505