# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

REDSTONE INTERNATIONAL, INC.,

        Plaintiff,        Civil Action No. 5:18-cv-175
                                    Judge Bailey

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; and THE INSURANCE
MARKET, INC.,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of Liberty Mutual Fire Insurance Company's Notice of Deposition for Richard Walton has been served on the following parties via electronic mail and U.S. mail this 13th day of April, 2020:

| | |
|---|---|
| Michael A. Jacks, Esq.<br>Jacks Legal Group, P.L.L.C.<br>United Federal Credit Union building<br>3467 University Ave., suite 200<br>Morgantown, WV  26505<br><br>*Counsel for Plaintiff* | Anthony C. Sunseri, Esq.<br>Burns White LLC<br>The Maxwell Centre3<br>2-20th Street, Suite 200<br>Wheeling, WV  26003<br><br>*Counsel for Defendant, The Insurance Market, Inc.* |

                                                            /s/ Robert L. Massie
                                       Robert L. Massie (W. Va. Bar No.  5743)
                                       **Nelson Mullins Riley & Scarborough LLP**
                                       949 Third Ave., Suite 200
                                       P.O. Box 1856
                                       Huntington, WV 25719-1856
                                       Phone:  (304) 526-3500
                                       Fax:  (304) 526-3599
                                       Email:  bob.massie@nelsonmullins.com