### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

REDSTONE INTERNATIONAL, INC.,

        Plaintiff,                     Civil Action No. 5:18-cv-175
                                                  Judge Bailey

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; and THE INSURANCE
MARKET, INC.,

        Defendants.

### AMENDED NOTICE OF DEPOSITION

      PLEASE TAKE NOTICE that Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") will take the oral and videotaped deposition, pursuant to Federal Rule of Civil Procedure 30, of Richard Walton, Chief Executive Officer of Redstone International, Inc., 1200 East National Pike, Scenery Hill, PA 15360 before a Notary Public or some other person authorized to administer oaths, at the offices of Streski Reporting, 75 12th Street, Wheeling, W. VA, 26003, beginning at 9:00 a.m. on May 27, 2020.

      Please be further advised that, given the exigencies of the current COVID-19 pandemic, we reserve the right to utilize a secure, web-based deposition service such as Veritext (and/or to provide telephonic access) in order to conduct the deposition remotely.  Please take further notice that the court reporter may also be participating remotely via one of these options for the purpose of reporting the proceedings and may or may not be in the presence of the deponent.  Please contact the noticing attorneys below at least five (5) days prior to the deposition in the event that you wish to appear and participate remotely, so that the necessary credentials, call-in numbers, testing and other information can be provided to you prior to the deposition.

Dated: May 14, 2020         Respectfully submitted,

              */s/ Robert L. Massie*
              Robert L. Massie (W. Va. Bar No. 5743)
              **Nelson Mullins Riley & Scarborough LLP**
              949 Third Ave., Suite 200
              P.O. Box 1856
              Huntington, WV 25719-1856
              Phone: (304) 526-3500
              Fax: (304) 526-3599
              Email: bob.massie@nelsonmullins.com

              and
              Robert L Hoegle (Admitted Pro Hac Vice)
              **Nelson Mullins Riley & Scarborough LLP**
              101 Constitution Avenue, NW, Ste. 900
              Washington, D.C. 20001
              Telephone: (202) 689-2800
              Facsimile: (202) 689-2860
              Email: bob.hoegle@nelsonmullins.com

              *Attorney for Defendant Liberty Mutual Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

REDSTONE INTERNATIONAL, INC.,

        Plaintiff,                          Civil Action No. 5:18-cv-175
                                                         Judge Bailey

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; and THE INSURANCE
MARKET, INC.,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Liberty Mutual Fire Insurance Company's Notice of Deposition, pursuant to Federal Rule of Civil Procedure 30, of Richard Walton, Chief Executive Officer of Redstone International, Inc. has been served on the following parties via electronic mail this 14th day of May, 2020:

| | |
|---|---|
| Michael A. Jacks, Esq.<br>Jacks Legal Group, P.L.L.C.<br>United Federal Credit Union building<br>3467 University Ave., Suite 200<br>Morgantown, WV  26505<br><br>*Counsel for Plaintiff* | Anthony C. Sunseri, Esq.<br>Burns White LLC<br>The Maxwell Centre3<br>32 20th Street, Suite 200<br>Wheeling, WV  26003<br><br>*Counsel for Defendant, The Insurance Market, Inc.* |

                                                                         */s/ Robert L. Massie*
                                                   Robert L. Massie (W. Va. Bar No.  5743)
                                                   **Nelson Mullins Riley & Scarborough LLP**
                                                   949 Third Ave., Suite 200
                                                   P.O. Box 1856
                                                   Huntington, WV 25719-1856
                                                   Phone:  (304) 526-3500
                                                   Fax:  (304) 526-3599
                                                   Email:  bob.massie@nelsonmullins.com