FILED: November 23, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2250
(5:18-cv-00175-JPB)

_____

REDSTONE INTERNATIONAL, INC.

      Plaintiff - Appellant

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY; THE INSURANCE MARKET, INC.

      Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
| Originating Case Number | 5:18-cv-00175-JPB |
| Date notice of appeal filed in originating court: | 11/20/2020 |
| Appellant(s) | Redstone International, Inc. |
| Appellate Case Number | 20-2250 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |