FILED: June 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2250
(5:18-cv-00175-JPB)

_____

REDSTONE INTERNATIONAL, INC.

    Plaintiff - Appellant

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY; THE INSURANCE MARKET, INC.

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK