FILED: July 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2250
(5:18-cv-00175-JPB)

REDSTONE INTERNATIONAL, INC.

    Plaintiff - Appellant

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY; THE INSURANCE MARKET, INC.

    Defendants - Appellees

M A N D A T E

The judgment of this court, entered June 14, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*